*Kelley, David & Joanne*
*09-52772*

FILED
2010 MAY 18 PM 1:02
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | PYOD LLC its successors and assigns as assignee of | $ 22,675.79 | $ 200.69 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 16,874.57 | $ 149.35 |
| 5 | Chase Bank USA, N.A. | $ 11,493.95 | $ 101.73 |
| 6 | Chase Bank USA, N.A. | $ 1,490.38 | $ 13.19 |
| 7 | Chase Bank USA, N.A. | $ 4,025.08 | $ 35.62 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,920.74 | $ 52.40 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 28,178.16 | $ 249.39 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,447.08 | $ 12.81 |
| 11 | DISCOVER BANK | $ 5,178.88 | $ 45.84 |
| 12 | DISCOVER BANK | $ 2,929.09 | $ 25.92 |
| 13 | Recovery Management Systems Corporation | $ 470.86 | $ 4.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

*ck # 2014*
*receipt # 81478*

UST Form 101-7-NFR (9/1/2009) (Page: 4)
09-52772-mss   Doc 28-1   FILED 05/04/10   ENTERED 05/04/10 07:56:43   Page 4 of 5
09-52772-mss   Doc 32   FILED 05/18/10   ENTERED 05/18/10 13:11:06   Page 1 of 1